UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINA SHEPARD,

          Plaintiff,

   v.

UNITEDHEALTHCARE OF OREGON, INC., and DOES I–III,

          Defendants.

CASE NO. 2:24-cv-01495-MJP

ORDER DENYING MOTION TO CONTINUE REPLY DEADLINE

This matter comes before the Court on the Parties' Stipulated Motion to Continue Reply Deadline for Defendant's Motion to Dismiss. (Dkt. No. 19.) Having reviewed the Motion and all supporting materials, the Court DENIES the motion without prejudice.

The Parties ask the Court to allow Defendant to "file its reply brief in support of the Motion [to Dismiss] on or before December 18, 2024." (Mot. at 1.) The Parties agreed to this deadline "[g]iven the holidays, and the parties' ongoing productive attempts to determine the most efficient way forward in this case. . ." (Id.)

1    On the record presented, the Court finds an absence of good cause to continue Defendant's reply deadline. First, the Court does consider "the holidays" to constitute good cause, particularly when Defendant's reply is due on November 27, 2024, one day before the legal holiday on November 28. (<u>See</u> 5 U.S.C. § 6103.) Second, the Parties' are free to continue their "ongoing productive attempts" to move the case forward, but such attempts are not grounds for granting a three-week extension to a reply deadline.

In sum, there are inadequate grounds articulated that might justify the extension of Defendant's deadline to file its reply brief in support of its motion to dismiss. The Court therefore DENIES the Motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 27, 2024.

Marsha J. Pechman
United States Senior District Judge